```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PIOTR NOWAK                        :    CIVIL ACTION
                                   :
          v.                       :
                                   :
PENNSYLVANIA PROFESSIONAL          :
SOCCER, LLC and KEYSTONE           :
SPORTS AND ENTERTAINMENT, LLC :         NO. 12-4165
```

ORDER

AND NOW, this 26th day of September, 2012, upon consideration of Defendant's Motion to Dismiss (Docket No. 4) and the opposition and reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED in part.  The parties shall submit the dispute to arbitration according to the terms of the employment agreement between the parties and this case is stayed pending arbitration.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```