IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PIOTR NOWAK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 12-4165 |
| PENNSYLVANIA PROFESSIONAL | : | |
| SOCCER, LLC et al. | : | |

## ORDER

AND NOW, this 11th day of January 2016, upon consideration of Plaintiff's Motion to Vacate an Arbitration Award (ECF Doc. No. 46), Defendants' Response and Cross-Motion to Confirm an Arbitration Award (ECF Doc. No. 43), Plaintiff's Reply (ECF Doc. No. 47), and as described in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to Vacate an Arbitration Award (ECF Doc. No. 46) is **DENIED** and Defendants' Cross-Motion to Confirm an Arbitration Award (ECF Doc. No. 43) is **GRANTED**.

The April 21, 2015 Interim and November 5, 2015 Final Arbitration Awards in favor of Pennsylvania Professional Soccer LLC and Keystone Sports and Entertainment LLC's are **confirmed**. Piotr Nowak's claims are **DENIED**.

The Clerk is directed to mark this case **closed**.

KEARNEY, J.